445 A.2d 217

Commonwealth v. Zellner, Appellant.

 Submitted April 7, 1981. Robert E. Giering, for appellant; George Yatron, District Attorney, for Commonwealth, appellee.

576

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.